In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00287-CR**
_____

**CHRISTOPHER GROZE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 18568**

### ORDER

On November 15, 2012, appellant's retained counsel filed a motion to withdraw and a brief which urges this Court to review this appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See In re Schulman*, 252 S.W.3d 403, 408-09 (Tex. Crim. App. 2008). Counsel certified service of the motion to withdraw and the brief on the appellant. Counsel states he provided appellant with a copy of the clerk's record and the reporter's record, and notified appellant of his right to review the record and file a *pro se* brief.

1

It is, therefore, ORDERED that appellant, Christopher Groze, be given 60 days from the date hereof to file a *pro se* brief. It is, further, ORDERED that the State may file a reply brief, due 30 days from the date appellant files his brief, or if no brief is filed by appellant, 70 days from the date hereof.

At the conclusion of the appeal, counsel must send appellant a copy of the opinion and judgment, along with a notification of his right to seek discretionary review under Texas Rule of Appellate Procedure 68, and send this Court a letter certifying his compliance. *See* Tex. R App. P. 48.4, 68.

ORDER ENTERED November 29, 2012.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2